IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **VALLEY FORGE LIFE INSURANCE COMPANY** | : : : | |
| Plaintiff, | : : | |
| v. | : : : | Civil Action No. 7:07-cv-0063(HL) |
| **SHEREE A. ROCKMORE, VICKIE STRICKLAND, and EUNICE NELL RIDINGS** | : : : : | |
| Defendants. | : : | |

# **ORDER**

Defendant Sheree A. Rockmore, a claimant in this interpleader action, has filed a motion for default judgment (Doc. 19) against the other two defendants. Obtaining a default judgment is a two step process: the entry of default by the clerk and the subsequent entry of a default judgment by either the clerk or the court. See 10 MOORE'S FED. PRACTICE § 55.10[1] (3d ed. 2007); FED. R. CIV. P. 55. Here, a review of the docket in this case reveals that Defendant Rockmore has not applied to the clerk of court for an entry of default. As a result, Defendant's motion for default judgment is denied. If Defendant Rockmore wants this Court to enter a default judgment against the other defendants, she must first have the clerk make an entry of default.

**SO ORDERED**, this __28th__ day of December, 2007.

                                                                             s/Hugh Lawson
                                                                            **HUGH LAWSON, Judge**

dhc